**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROOFERS' UNIONS WELFARE TRUST FUND, | No.  26 CV 5729 |
| Plaintiff, | Hon. Martha M. Pacold<br>Hon. Beth W. Jantz |
| v. | |
| CAREMARKPCS HEALTH, L.L.C. and CVS HEALTH CORPORATION, | |
| Defendants. | |

**DEFENDANTS CAREMARKPCS HEALTH, L.L.C. AND CVS HEALTH CORPORATION'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Pursuant to Local Rule 7.1, Defendants CaremarkPCS Health, L.L.C. and CVS Health Corporation hereby move this Court for an Order permitting the parties to exceed the 15-page limit applicable to their forthcoming briefs related to Defendants' Rule 12(b)(6) motion to dismiss.  As grounds for this motion, Defendants state as follows:

1.     On August 4, 2026, the Court adopted the parties' proposed briefing schedule for Defendants' Rule 12(b)(6) motion to dismiss, to be filed by August 24, 2026.  ECF 34.

2.     Based on the complexity of the issues in this matter, the parties require additional pages for their forthcoming briefs related to Defendants' Rule 12(b)(6) motion to dismiss. Defendants therefore request the Court's leave to exceed Local Rule 7.1's 15-page limitation applicable to briefs in support of or in opposition to motions before the Court.

3.     Specifically, Defendants request a 10-page extension, to 25 pages, for their opening brief and a corresponding 10-page extension, to 25 pages, for Plaintiff's opposition brief.

1

4.      Undersigned counsel inquired with counsel for Plaintiff and was advised that Plaintiff does not object to this request.

5.      No defendant waives, and each expressly reserves, its jurisdictional objections.

WHEREFORE, Defendants request that the Court enter an Order granting leave to exceed the 15-page limit on briefs, as set forth in Local Rule 7.1, by 10 pages and allow up to 25 pages for the Parties' forthcoming briefs in support of and in opposition to Defendants' Rule 12(b)(6) motion to dismiss.

DATED: August 13, 2026

Respectfully submitted,

/s/   Seth Horvath

Enu Mainigi*
Craig D. Singer*
R. Kennon Poteat III*
Benjamin Hazelwood*
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
bhazelwood@wc.com
(*admitted *pro hac vice*)

Seth Horvath
**NIXON PEABODY, LLP**
Nixon Peabody LLP
70 W Madison St Suite 5200,
Chicago, IL 60602
Telephone: (312) 977-4400
sahorvath@nixonpeabody.com

*Counsel for Defendants CaremarkPCS Health, L.L.C. and CVS Health Corp.*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that **Defendants CaremarkPCS Health, L.L.C. and CVS Health's Unopposed Motion to Exceed Page Limit** was filed electronically on August 13, 2026, in compliance with the General Order on Electronic Case Filing, Section III(B)(1), and served on all counsel who have consented to electronic service in compliance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule 5.9.

> */s/ Seth A. Horvath*
> Seth A. Horvath

1