**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Roofers' Unions Welfare Trust Fund
Plaintiff,
v.
CVS Health Corporation, et al.
Defendant.

Case No.: 1:26−cv−05729
Honorable Martha M. Pacold

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 21, 2026:

MINUTE entry before the Honorable Beth W. Jantz: For the following reasons, Defendants' Motion to Stay Discovery (Dkt. [36]) is GRANTED. Defendants seek to stay discovery in this case pending a ruling on their motion to dismiss (Dkt. [41]). When determining whether to stay discovery during the pendency of a motion to dismiss, courts consider: (1) whether a stay will prejudice or tactically disadvantage the non−moving party; (2) whether a stay will simplify the issues in the case; and (3) whether a stay will reduce the burden of litigation for the parties or the court. See, e.g., *Liggins v. Reicks,* No. 3:19−cv−50303, 2021 U.S. Dist. LEXIS 127302, at *2−3 (N.D. Ill. July 8, 2021). Looking to the particulars of this case, and as to the first factor, the Court does not believe that a stay would significantly prejudice Plaintiff. This case was filed earlier this year, Plaintiff will be able to litigate any remaining claims following the stay, and a hearing on the motion to dismiss is scheduled for 11/4/2026, less than two months away. As to the second and third factors, the Court concludes that a stay will reduce the burden of litigation on the parties and the Court, and possibly simplify the issues in the case. In large, complex RICO cases such as the case here, discovery is likely to be highly voluminous, expensive, and burdensome, and thus it is prudent to first see whether or not any current claims will be dismissed based on the pending motion, in order to ascertain as accurately as possible the necessary scope of discovery. The parties are ordered to file a joint status report by 1/20/2027, or within 21 days of the District Judge's ruling on the pending motion to dismiss, whichever comes first. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.